April 6, 2012

Krispen S. Carroll
719 Griswold
1100 Dime Building
Detroit, MI 48226

Re:   Debtor:         Robert & Monica Sharlow

      Case#:          11-66606-swr
      Loan#:          1623
      Property Address:   1276 15894 Drysdale
                          Southgate, MI 48195

Dear Chapter 13 Trustee:

An annual escrow analysis has been performed on the above referenced mortgage account. As a result of the analysis and increases in annual real estate taxes and/or insurance premiums, this debtor's post-petition regular monthly payment will decrease to $ 585.44 per month. ($243.10 P & I, $342.34 Escrow)
This will be effective with the payment due on 05/01/2012.

IMPORTANT NOTICE: Any surplus/overage reflected on the aforemention analysis is not valid unless or until all payments have been received and the loan is contractually current according to the promissory note.

If you require any additional information or have any questions, please contact us at 248-549-7400.

Sincerely,

Bankruptcy Department
Loan Servicing

CC:   **Jesse R. Sweeney**
      Brett Border
      Robert Sharlow

B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re Sharlow/Robert & Monica       Case No. 11-66606-SWR
    Debtor

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** Flagstar Bank, as servicing agent for Flagstar Bank, FSB

**Court claim no.** (if known): 8

| | |
|---|---|
| **Last four digits** of any number you use to identify the debtor's account: **1623** | **Date of payment change:** Must be at least 21 days after date of this notice    5/1/2012 <br><br> **New total payment:**    $585.44 <br> Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.
     Describe the basis for the change. If a statement is not attached, explain why:
     Escrow Analysis

     Current escrow payment:    $406.12          New escrow payment:    $342.34

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable rate note?

☑ No
☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

     Current interest rate: _____ %          New interest rate: _____ %
     Current principal and interest payment: $_____          New principal and interest payment: $_____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

     Reason for change: _____
     Current mortgage payment: $_____          New mortgage payment: $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box
☐ I am the creditor   ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗   /s/ Brett A. Border                                         Date   April 6, 2012
    Signature

**Print:**     **Brett**            **A.**              **Border**              Title _____
               First name       Middle Name      Last name

Company        Schneiderman & Sherman P.C.

Address        23938 Research Drive Suite #300
               Number           Street

               Farmington Hills              MI              48335
               City                          State           Zip Code

Contact phone   ( 248 )  539  -  7400              Email: bborder@sspclegal.com



Representation of Printed Document

# ANNUAL ESCROW DISCLOSURE STATEMENT

Please send escrow shortage payments to:
PO Box 1606
Troy, MI 48099-1606

5-655-49000-0000062-001-000-000-000-000

## ANNUAL ESCROW ANALYSIS

| | |
|---|---|
| Account Number: | ***1623 |
| Due Date: | 05/01/11 |
| Analysis Date: | 03/22/12 |
| Property at: | 15894 DRYSDALE ST |
| | SOUTHGATE, MI 48195 |

If you have any questions, contact the Customer Service Department at (800)968-7700.

Hours: Monday - Friday 7:30 a.m. - 8:00 p.m. (ET)
Saturday 7:30 a.m. - 4:00 p.m. (ET)
Visit our website at flagstar.com.

MONICA SHARLOW
ROBERT SHARLOW
15894 DRYSDALE ST
SOUTHGATE MI 48195-2904

## MORTGAGE PAYMENT

| New Monthly Payment Amount: | $585.44 | New Payment Effective: | May 01, 2012 |
|---|---|---|---|
| | CURRENT PAYMENT | NEW PAYMENT | |
| PRINCIPAL/INTEREST | 243.10 | 243.10 | |
| MONTHLY ESCROW PAYMENT | 406.12 | 342.34 | |
| OTHER | 0.00 | 0.00 | |
| TOTAL PAYMENT | $649.22 | $585.44 | |

## COMING YEAR ESCROW PROJECTION

Please keep this statement for reference next year.

| DATE | DESCRIPTION | ESCROW PAYMENT | ESCROW DISBURSEMENTS | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | 3,126.34 | 2,365.31 |
| 5/12 | | 342.34 | 0.00 | 3,468.68 | 2,707.65 |
| 6/12 | | 342.34 | 0.00 | 3,811.02 | 3,049.99 |
| 7/12 | CITY SEMI 1S | 342.34 | -2,707.65 | 1,445.71 | 684.68 |
| 8/12 | | 342.34 | 0.00 | 1,788.05 | 1,027.02 |
| 9/12 | | 342.34 | 0.00 | 2,130.39 | 1,369.36 |
| 10/12 | | 342.34 | 0.00 | 2,472.73 | 1,711.70 |
| 11/12 | HAZARD | 342.34 | -868.00 | 1,947.07 | 1,186.04 |
| 12/12 | CITY SEMI 2N | 342.34 | -532.43 | 1,756.98 | 995.95 |
| 1/13 | | 342.34 | 0.00 | 2,099.32 | 1,338.29 |
| 2/13 | | 342.34 | 0.00 | 2,441.66 | 1,680.63 |
| 3/13 | | 342.34 | 0.00 | 2,784.00 | 2,022.97 |
| 4/13 | | 342.34 | 0.00 | 3,126.34 | 2,365.31 |
| TOTAL: | | | -$4,108.08 | | |

## DETERMINING YOUR ESCROW SHORTAGE/SURPLUS

Your beginning escrow balance as of your 4/30/12 payment, assuming timely receipt of all payments and disbursement of all items due, will be $2,365.31.
Your base escrow payment beginning 05/01/12 is $342.34. This is determined by adding up the total disbursements (taxes and/or insurance) to be paid from your escrow account during the next year and dividing them by 12.

| | |
|---|---|
| CITY TAX | 3,240.08 |
| HAZARD INS | 868.00 |
| TOTAL DISBURSEMENTS | $4,108.08 divided by 12 = $342.34 base escrow payment |

According to Federal Law, (RESPA), the escrow balance of your loan should not go below 1/6th of your total disbursements for the year and the escrow balance must reach the low point at least once during the year. This 1/6th represents a two month "escrow cushion" (minus PMI/MIP) which currently is $684.68.
The low point on your loan will be reached in the month of July. At that time, your escrow balance is projected to be over by $761.03. We determined this by subtracting your escrow cushion from the low point balance.

| | |
|---|---|
| Low Point Balance | 1,445.71 |
| Escrow Cushion | 684.68 |
| ESCROW OVERAGE | 761.03 Your overage will be returned to you within 30 days. |

| | |
|---|---|
| Your new monthly escrow payment is: | $342.34 |
| The amount added to your payment for optional items is: | $0.00 |
| Your monthly principal and interest payment is: | $243.10 |
| NEW MONTHLY PAYMENT EFFECTIVE 05/01/2012 is: | $585.44 |

## IMPORTANT MESSAGES

PLEASE NOTE:
* Escrow Shortages/Overages occur when your property taxes and/or insurance increase or decrease.
* Questions with regard to an increase/decrease in your taxes should be directed to your local Tax Office.
* Questions with regard to an increase/decrease in your hazard/homeowners insurance should be directed to your agent.
* If you have auto debit for your mortgage payment, please contact our office if you would like to change your current additional principal debit.

INTERNET REPRINT

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ACCOUNT HISTORY

ACCOUNT NUMBER: _1623                                                ANALYSIS DATE: 03/22/12

Please Note:
- Your new monthly escrow payment is calculated by adding all of your disbursements (except for PMI, if applicable) and dividing this figure by 12, to represent 1/12th of your projected annual escrow disbursements.

This is a statement of actual activity in your escrow account from 02-01-11 thru 04-30-12. This section provides last year's projections and compares it with actual activity.

| MONTH | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | ITEM DESCRIPTION | PROJECTED ESCROW RUNNING BALANCE | ACTUAL ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE: | | | | | | $1,426.55 | $500.26 |
| February | 406.12 | 912.06 * | 14.42 | 14.23 * | RBP/MIP | 1,818.25 | 1,398.09 |
| February | 0.00 | 0.00 | 0.00 | 98.94 * | MISC ESCROW | 1,818.25 | 1,299.15 |
| March | 406.12 | 0.00 * | 14.42 | 14.23 * | RBP/MIP | 2,209.95 | 1,284.92 |
| April | 406.12 | 406.12 | 14.42 | 14.23 * | RBP/MIP | 2,601.65 | 1,676.81 |
| May | 406.12 | 406.12 | 14.42 | 14.23 * | RBP/MIP | 2,993.35 | 2,068.70 |
| June | 406.12 | 406.12 | 14.42 | 14.23 * | RBP/MIP | 3,385.05 | 2,460.59 |
| July | 406.12 | 0.00 * | 14.42 | 14.23 * | RBP/MIP | 3,776.75 | 2,446.36 |
| July | 0.00 | 0.00 | 2,894.41 | 2,707.65 * | CITY ANN/BOR | 882.34 | -261.29 |
| August | 406.12 | 0.00 * | 14.42 | 14.23 * | RBP/MIP | 1,274.04 | -275.52 |
| September | 406.12 | 0.00 * | 14.42 | 14.23 * | RBP/MIP | 1,665.74 | -289.75 |
| October | 406.12 | 0.00 * | 14.42 | 0.00 * | RBP/MIP | 2,057.44 | -289.75 |
| November | 406.12 | 0.00 * | 14.42 | 0.00 * | RBP/MIP | 2,449.14 | -289.75 |
| November | 0.00 | 0.00 | 1,165.00 | 868.00 * | HAZARD | 1,284.14 | -1,157.75 |
| November | 0.00 | 0.00 | 0.00 | 14.23 * | RBP/MIP | 1,284.14 | -1,171.98 |
| November | 0.00 | 0.00 | 0.00 | 14.23 * | RBP/MIP | 1,284.14 | -1,186.21 |
| December | 406.12 | 0.00 * | 14.42 | 0.00 * | RBP/MIP | 1,675.84 | -1,186.21 |
| December | 0.00 | 0.00 | 641.01 | 0.00 * | CITY 2ND PAR | 1,034.83 | -1,186.21 |
| December | 0.00 | 0.00 | 0.00 | 532.43 * | CITY SEMI 2N | 1,034.83 | -1,718.64 |
| January | 406.12 | 0.00 * | 14.42 | 14.23 * | RBP/MIP | 1,426.53 | -1,732.87 |
| March | 0.00 @ | 4,467.32 * | 0.00 @ | 0.00 | | 1,426.53 | 2,734.45 |
| April | 0.00 @ | 406.12 * | 0.00 @ | 0.00 | | 1,426.53 | 3,140.57 |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.
An @ symbol indicates a scheduled payment to or from your escrow account which has not been made.

Last year, we anticipated that payments from your account would be made during this period equaling $4,873.46. Under Federal law, your lowest monthly balance should not have exceeded $783.40 or 1/6th of anticipated payments from the account, unless your mortgage contract or State Law specifies a lower amount.

Your actual lowest monthly balance was less than -$1,732.87. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call us at 800-968-7700.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                        Chapter 13
                                                 11-66606-swr

Sharlow/Robert & Monica               Judge Rhodes

Debtor(s)
_____/

STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

I hereby certify that on the 6th day of April, 2012 I electronically filed the foregoing Notice of Mortgage Payment Change with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jesse R. Sweeney | Krispen S. Carroll |
| 29777 Telegraph Rd. | 719 Griswold |
| Suite 2500 | 1100 Dime Building |
| Southfield, MI 48034 | Detroit, MI 48226 |

And I hereby certify that a copy of the payment change information has been mailed by United States Postal Service to the following non-ECF participants:

Robert Sharlow
15894 Drysdale
Southgate, MI 48195

Execution on: 4/06/12                          __/S/_Brett A. Border___
                                                              Brett A. Border (P65534)
                                                              bborder@sspclegal.com
                                                              23938 Research Drive Suite 300
                                                              Farmington Hills, Mi 48335